IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. DEON JOHNSON, | ) | |
| Plaintiff, | ) | 4:05cv3280 |
| v. | ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 22, 2005, file their Report of Parties' Planning Conference.

DATED December 5, 2005.

/s/ David L. Piester
United States Magistrate Judge