IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. DEON JOHNSON, | Case No. 4:05CV3280 |
| Plaintiff, | |
| v. | **ORDER** |
| KANSAS CITY LIFE INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER came before the Court upon the parties' Stipulation to Extend Deadline to File Rule 26(f) Report, Filing 7, in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Stipulation to Extend Deadline to File Rule 26(f) Report is granted and the parties are granted an extension until January 18, 2006 to file their Rule 26(f) Report.

Dated this 8th day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

4831-2685-4400.1/1