IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. DEON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3280 |
| | ) | |
| v. | ) | |
| | ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came before the Court upon the parties' Stipulation to Extend Deadline to File Rule 26(f) Report, Filing 13, in the above matter. The Court, being full advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Stipulation to Extend Deadline to File Rule 26(f) Report is granted and the parties are granted an extension to file their Rule 26(f) Report until two weeks after the Court's ruling on Defendant's Motion to Dismiss.

Dated this 19th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge