IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. DEON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 4:05CV3280<br><br>**ORDER** |

    THIS MATTER came before the Court upon the parties' Stipulation to Extend Deadline to Answer and to File Rule 26(f) Report, Filing 17, in the above matter. The Court, being fully advised, hereby finds as follows:

    IT IS HEREBY ORDERED the parties' Stipulation is granted. Defendant is granted an extension of time until March 13, 2006 to file an Answer to Plaintiff's Complaint and the parties are granted an extension until March 27, 2006 to file their Rule 26(f) Report.

    Dated this 21st day of February, 2006.

                                              BY THE COURT

                                              s/ *David L. Piester*
                                              David L. Piester
                                              United States Magistrate Judge