IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
J. DEON JOHNSON,                  )
                                  )
              Plaintiff,          )          4:05CV3280
                                  )
         v.                       )
                                  )
KANSAS CITY LIFE INSURANCE        )              ORDER
COMPANY,                          )
                                  )
              Defendant.          )
_____    )
```

IT IS ORDERED:

Plaintiff's unopposed oral motion to reschedule the telephone planning conference is granted and the conference is rescheduled from July 6 to **July 5, 2006 at 10:00 a.m.** Plaintiff's counsel shall initiate the call.

DATED this 15th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge