```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

J. DEON JOHNSON,                  )
                                  )
              Plaintiff,           )        4:05CV3280
                                  )
         v.                       )
                                  )
KANSAS CITY LIFE INSURANCE        )        MEMORANDUM AND ORDER
COMPANY,                          )
                                  )
              Defendant.           )
                                  )
```

In this matter plaintiff has expressed a desire to mediate, but defendant claims to need the deposition testimony of plaintiff before engaging in mediation.

IT THEREFORE HEREBY IS ORDERED,

The parties are given 30 days to complete the plaintiff's deposition, review the case and again report to the court their mediation plans.

DATED this 7th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge