## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

J. DEON JOHNSON,                                    Case No. 4:05CV3280

                  Plaintiff,

        v.                                          **ORDER**

KANSAS CITY LIFE INSURANCE
COMPANY,

                  Defendant.

---

THIS MATTER comes before the Court upon the Motion for Extension of Time For Defendant To Complete Plaintiff's Deposition (Filing 32) filed by Defendant Kansas City Life Insurance Company in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED that Defendant's Motion is granted. Defendant is granted an extension of time until August 7, 2006 to complete the deposition of Plaintiff.

Dated this 28th day of June, 2006.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge