```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| J. DEON JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3280 |
| | ) | |
| v. | ) | |
| | ) | |
| KANSAS CITY LIFE INSURANCE COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the plaintiff's motion for continuance, the court notes that the docket sheet reflects that not very much activity has taken place since the filing of the court's final progression order. In addition, the motion reflects that, other than the setting of a trial in November, nothing unanticipated has occurred to throw off the schedule adopted by the parties in July. I shall grant the motion in part, but counsel are reminded of the provisions of paragraph 11 of the progression order.

IT THEREFORE HEREBY IS ORDERED,

1. Jury trial is continued to 9:00 a.m., January 16, 2007 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week, as well as United States Aviation vs. Aerospatiale, 4:04cv3222. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held December 28, 2006 at 9:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to December 1, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

    4.  All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 6th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge