IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. DEON JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 4:05CV3280<br><br>**ORDER** |

THIS MATTER comes before the Court upon the Unopposed Motion to Continue Pretrial Conference (Filing 46) filed by Defendant Kansas City Life Insurance Company in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED that Defendant's Unopposed Motion is granted. The pretrial conference is rescheduled to December 20, 2006 at 11:00 a.m..

Dated this 10th day of October, 2006.

                      BY THE COURT

                      s/ *David L. Piester*

                      David L. Piester
                      United States Magistrate Judge