IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. DEON JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 4:05 cv3280<br><br>**ORDER** |

  This matter comes before the Court on Marcia A. Washkuhn's Motion for Leave to Withdraw Andrew Davis as counsel for Defendant Kansas City Life Insurance Company. After giving consideration to the Motion and being fully advised in the premises,

  IT IS ORDERED the Motion for Leave to Withdraw is hereby granted.

  Dated this 7th day of November, 2006.

         BY THE COURT

         s/ *David L. Piester*

         **David L. Piester**
         **United States Magistrate Judge**