IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J. DEON JOHNSON,
        Plaintiff,

v.                                            Case No. 4:05 cv3280

KANSAS CITY LIFE INSURANCE COMPANY,
        Defendant.

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Continue Trial Date (Filing No. 58) filed by Defendant Kansas City Life Insurance Company in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED that Defendant's Motion is granted. Trial in this matter is continued from January 16, 2007 to February 26, 2007 at 9:00 a.m. before the Honorable Richard G. Kopf. Trial is subject to any criminal matters which may be set for that week, as well as Clark v. J.C. Penney, 4:06cv313; Summit v. Bugbee, 4:05cv3256 and Wilde v. City, 4:05cv3293.

The pretrial conference is continued to February 7, 2007 at 10:00 a.m. before the undersigned magistrate judge.

Dated this 8th day of November, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

4830-9523-5841.1