IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. DEON JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>KANSAS CITY LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 4:05 cv3280<br><br>**ORDER** |

      THIS MATTER comes before the Court upon Defendant's Motion for Extension of Time for Defendant to file its brief in opposition to Plaintiff's Motion for Summary Judgment in the above matter. The Court, being fully advised, hereby finds as follows:

      IT IS HEREBY ORDERED that Defendant's Motion (filing 61) is granted. Defendant is granted an extension of time until December 1, 2006 to file its brief in opposition to Plaintiff's Motion for Summary Judgment.

      Dated this 17th day of November, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge