IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

J. DEON JOHNSON,
                    Plaintiff,

v.                                                        Case No. 4:05 cv3280

KANSAS CITY LIFE INSURANCE COMPANY,
                    Defendant.                            **ORDER**

        THIS MATTER comes before the Court upon Defendant's Motion for Extension of  Time

for Defendant to file its brief in reply to Plaintiff's Brief in Opposition to Defendant's Summary

Judgment in the above matter.  The Court, being fully advised, hereby finds as follows:

        IT IS HEREBY ORDERED that Defendant's Motion is granted.  Defendant is granted an

extension of time until December 18, 2006 to file its brief in reply to Plaintiff's Brief in Opposition

to Defendant's Motion for Summary Judgment.

        Dated this 11th day of December, 2006.

                                        BY THE COURT

                                        s/ *Richard G. Kopf*
                                        United States District Judge

4847-3534-0545.1/ 1